# EXHIBIT A

| Invoice No. | RR No. | Load No. | Customer Reference No. | Invoiced Date | Due Date | Open AR Amount |
|---|---|---|---|---|---|---|
| 3293604 | 4121715 | 4288-0004-1225 | A240005/55289 | 2/5/2026 | 3/7/2026 | $5,550.00 |
| 3293611 | 4136839 | 4288-0007-0126 | A240005/55471 | 2/5/2026 | 3/7/2026 | $5,550.00 |
| 3293579 | 4135306 | 4288-0005-0126 | 55455 | 2/4/2026 | 3/6/2026 | $5,550.00 |
| 3293582 | 4134474 | 4288-0003-0126 | 24005 | 2/4/2026 | 3/6/2026 | $4,550.00 |
| 3292405 | 4132572 | 4288-0002-0126 | 55288 | 1/12/2026 | 2/11/2026 | $5,550.00 |
| 3292429 | 4132542 | 4288-0001-0126 | 55287 | 1/12/2026 | 2/11/2026 | $5,625.00 |
| 3292431 | 4135298 | 4288-0004-0126 | 55289 | 1/12/2026 | 2/11/2026 | $5,550.00 |
| 3285129 | 4102646 | 4288-0059-1125 | 54727 | 12/29/2025 | 1/28/2026 | $6,125.00 |
| 3284025 | 4115447 | 4288-0001-1225 | | 12/23/2025 | 1/22/2026 | $5,550.00 |
| 3284029 | 4120659 | 4288-0003-1225 | 55111 | 12/23/2025 | 1/22/2026 | $5,550.00 |
| 3284135 | 4115826 | 4288-0002-1225 | | 12/23/2025 | 1/22/2026 | $5,825.00 |
| 3278463 | 4103523 | 4288-0061-1125 | 54764 | 12/15/2025 | 1/14/2026 | $6,250.00 |
| 3271089 | 4103230 | 4288-0060-1125 | 54728 | 12/2/2025 | 1/1/2026 | $6,125.00 |
| 3267337 | 4094239 | 4288-0026-1125 | 54603 | 11/25/2025 | 12/25/2025 | $5,725.00 |
| 3267340 | 4099947 | 4288-0053-1125 | 54628 | 11/25/2025 | 12/25/2025 | $6,850.00 |
| 3267342 | 4098695 | 4288-0047-1125 | 54607 | 11/25/2025 | 12/25/2025 | $5,625.00 |
| 3266181 | 4099645 | 4288-0050-1125 | 54606 | 11/24/2025 | 12/24/2025 | $5,600.00 |
| 3265569 | 4101509 | 4288-0055-1125 | 54604 | 11/21/2025 | 12/21/2025 | $6,850.00 |
| 3264946 | 4101508 | 4288-0054-1125 | 54608 | 11/20/2025 | 12/20/2025 | $6,850.00 |
| 3263474 | 4098495 | 4288-0045-1125 | 54561 | 11/19/2025 | 12/19/2025 | $5,850.00 |
| 3263970 | 4099856 | 4288-0051-1125 | 54609 | 11/19/2025 | 12/19/2025 | $6,775.00 |
| 3262178 | 4094150 | 4288-0024-1125 | 54392 | 11/18/2025 | 12/18/2025 | $5,650.00 |
| 3262179 | 4094382 | 4288-0028-1125 | 54527 | 11/18/2025 | 12/18/2025 | $5,800.00 |
| 3262683 | 4098220 | 4288-0043-1125 | 54560 | 11/18/2025 | 12/18/2025 | $5,700.00 |
| 3262705 | 4094506 | 4288-0032-1125 | 54355 | 11/18/2025 | 12/18/2025 | $5,550.00 |
| 3262715 | 4094216 | 4288-0025-1125 | 54394 | 11/18/2025 | 12/18/2025 | $5,600.00 |
| 3262737 | 4098189 | 4288-0040-1125 | 54564 | 11/18/2025 | 12/18/2025 | $5,725.00 |
| 3262744 | 4098241 | 4288-0044-1125 | 54565 | 11/18/2025 | 12/18/2025 | $5,875.00 |
| 3262760 | 4098210 | 4288-0042-1125 | 54563 | 11/18/2025 | 12/18/2025 | $5,825.00 |
| 3260812 | 4094265 | 4288-0027-1125 | 54422 | 11/17/2025 | 12/17/2025 | $5,600.00 |
| 3260921 | 4093015 | 4288-0021-1125 | 54351 | 11/17/2025 | 12/17/2025 | $5,550.00 |
| 3261582 | 4092962 | 4288-0019-1125 | 54397 | 11/17/2025 | 12/17/2025 | $5,600.00 |
| 3259826 | 4092781 | 4288-0017-1125 | 54382 | 11/14/2025 | 12/14/2025 | $5,700.00 |
| 3259838 | 4091436 | 4288-0014-1125 | 54319- | 11/14/2025 | 12/14/2025 | $6,300.00 |
| 3257594 | 4091091 | 4288-0008-1125 | 54312 | 11/12/2025 | 12/12/2025 | $5,550.00 |
| 3257937 | 4088924 | 4288-0004-1125 | 54315 | 11/12/2025 | 12/12/2025 | $6,600.00 |
| 3257941 | 4089378 | 4288-0005-1125 | 54318 | 11/12/2025 | 12/12/2025 | $6,550.00 |
| 3258130 | 4092795 | 4288-0018-1125 | 54381 | 11/12/2025 | 12/12/2025 | $6,900.00 |
| 3256309 | 4091352 | 4288-0013-1125 | 54309 | 11/11/2025 | 12/11/2025 | $5,625.00 |
| 3249726 | 4083096 | 4288-0041-1025 | 54133 | 11/3/2025 | 12/3/2025 | $5,550.00 |
| 3244163 | 4076742 | 4288-0036-1025 | 54020 | 10/28/2025 | 11/27/2025 | $100.00 |
| **Total** | | | | | | **$234,825.00** |

Customer Number: 53276